[No. 51542-0-I.   Division One.   January 12, 2004.]

L. WILLIAM HOUGER, ET AL., *Appellants*, v. KENNETH YONEMURA, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 01-2-27107-5, Michael S. Spearman, J., entered November 19 and December 2, 2002 and January 13 and April 1, 2003. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Agid and Ellington, JJ.

[No. 52792-4-I.   Division One.   January 12, 2004.]

UNION CREST APARTMENTS, *Appellant*, v. NANCY THILL, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-03967-1, Edward H. Haarman, J. Pro Tem., entered January 8, 2003. *Reversed* by unpublished per curiam opinion.

[No. 28500-2-II.   Division Two.   January 13, 2004.]

*In the Matter of the Marriage of* THOMAS EDWARD MEYERS, *Respondent*, and CHRISTINE MOTYLESKI-MEYERS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-3-00095-2, Richard D. Hicks, J., entered March 6, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.